HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM SIMMONS, DDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, a foreign corporation; UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>　　　　Defendants. | Case No. 2:15-cv-00807-BJR<br><br>STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE |

## STIPULATION

The parties stipulate to entry of the subjoined order

DATED this 1st day of September, 2017.

NELSON LANGER ENGLE, PLLC

By *s/Frederick P. Langer per e-mail auth.*
　　Frederick P. Langer, WSBA No. 25932
　　Aaron I. Engle, WSBA No. 37955
　　12055 15th Avenue NE
　　Seattle, WA 98125
　　Tel: 206.623.7520 / Fax: 206.622.7068
　　E-mail:  fredl@nblelaw.com
　　　　　　 aarone@nblelaw.com
Attorneys for Plaintiff William Simmons, DDS

LANE POWELL PC

By  *s/Charles C. Huber*
　　D. Michael Reilly, WSBA No. 14674
　　Charles C. Huber, WSBA No. 18941
　　1420 Fifth Avenue, Suite 4200
　　P.O. Box 91302
　　Seattle, WA 98111-9402
　　Tel:  206.223.7000 / Fax: 206.223.7107
　　E-mail:  reillym@lanepowell.com
　　　　　　 huberc@lanepowell.com
Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Life Insurance Company of America

STIPULATION AND [PROPOSED] ORDER TO AMEND
BRIEFING SCHEDULE - 1
No. 2:15-cv-00807-BJR

100447.0171/7063065.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## ORDER

Pursuant to the parties' stipulation, it is HEREBY ORDERED:

1. Plaintiff's Motion for Summary Judgment [Dkt. 39] and Defendants' Cross Motion for Summary Judgment [Dkt. 42 and 45-1] are renoted to October 6, 2017;
2. Each party will only file two briefs (one more each) with a 24-page limit;
3. Plaintiff's 2nd brief will be filed September 25, 2017; and
4. Defendant's 2nd brief will be filed October 2, 2017.

It is so Ordered.

DATED: 9-6-2017



HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LANE POWELL PC

By  s/Charles C. Huber
   D. Michael Reilly, WSBA No. 14674
   Charles C. Huber, WSBA No. 18941
Attorneys for Defendants

NELSON BLAIR LANGER ENGLE, PLLC

By  s/Frederick P. Langer per e-mail auth.
   Frederick P. Langer, WSBA No. 25932
   Aaron I. Engle, WSBA No. 37955
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER TO AMEND
BRIEFING SCHEDULE - 2
Case No. 2:15-cv-00807-BJR

100447.0171/7063065.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107